```
                FILED
         CLERK, U.S. DISTRICT COURT

              01/04/2023

      CENTRAL DISTRICT OF CALIFORNIA
      BY: _____AP_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:23-cr-00002-SSS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi): Distribution of Fentanyl] |
| ANTHONY SHANE DANCY, | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)]

On or about May 17, 2021, in Riverside County, within the Central District of California, defendant ANTHONY SHANE DANCY knowingly and intentionally distributed at least 400 grams, that is, approximately 1,530 grams, of a mixture and substance containing a

///

///

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/

_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

CORY L. BURLESON
Assistant United States Attorney
Riverside Branch Office

2